**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MASONITE HOLDING CORPORATION,

    Plaintiff,

v.                                                CASE NO: 8:07-cv-69-T-26MAP

MATTHEW HOOD,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged as follows:

1) Defendant's Emergency Motion to Vacate the Court's Scheduling Order (Dkt. 11) is denied without prejudice.

2) The Court will conduct an expedited hearing on Defendant's Motion to Dismiss for Improper Venue or, Alternatively, Motion to Transfer Venue, on Thursday, February 8, 2007, at 10:30 a.m. Depending on the Court's ruling, the Court will revisit Defendant's request to reschedule the preliminary injunction hearing.

3) Plaintiff shall file an expedited response to Defendant's Motion to Dismiss for Improper Venue or Alternatively, Motion to Transfer Venue on or before 12 noon, Wednesday, February 7, 2007.

**DONE AND ORDERED** at Tampa, Florida, on February 2, 2007.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA
                                          UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record